# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:08-cr-0085-RLH-PAL |
| Plaintiff, ) | **ORDER OF REFERRAL TO** |
| vs. ) | **U.S. ATTORNEY** |
| GALEN FISHER, ) | |
| Defendant. ) | |

      Defendant Fisher has filed a petition pursuant to 28 U.S.C. §2255 for ineffective assistance of counsel and for imposition of a sentence which is allegedly unreasonable under 28 U.S.C. §3553(a) and excessive under the guideline range set forth in §7B1.1 of the United States Sentencing Commission Guidelines Manual.  (#54, filed May 6, 2011).

      Pursuant to 28 U.S.C. §2255, the Court refers this motion to the United States Attorney for a response and directs the Clerk of Court to copy and deliver to the United States Attorney copies of the Motion and the Memorandum.  The United States Attorney shall file a response to the motion no later than May 24, 2011.  Defendant Fisher shall file any reply no later than June 7, 2011.

      IT IS SO ORDERED.

      Dated: May 12, 2011.

_____
ROGER L. HUNT
Chief United States District Judge