FILED

NOV 28 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>GALEN FISHER,<br><br>        Defendant - Appellant. | No. 11-17065<br><br>D.C. No. 2:11-cv-00739-RLH<br>D.C. No. 2:08-cr-00085-RLH<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The court has received and reviewed the response of Assistant Federal Public Defender Alina Maria Shell, Esq., to the court's October 30, 2012, order. The response is satisfactory and the appeal may proceed.

The previously established briefing schedule shall remain in effect.

The Clerk shall serve this order on counsel and on appellant individually at Reg. No. 13034-050, United States Penitentiary, P.O. Box 300, Waymart, Pennsylvania 18472.