UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff-Appellee, | District No.   2:11-cv-00739-RLH |
| vs. | |
| | U.S.C.A. No.   11-17065 |
| GALEN FISHER, | |
| Defendant-Appellant. | |

ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on 07-12-2013, issued its judgment AFFIRMING the judgment of the District Court, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated this 16th day of July, 2013.

_____
Roger L. Hunt
United States District Judge